UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                                    Chapter 7

DMITRIY POSH
f/k/a Dmitriy Poshtaruk,                                                      Case No. 23-40666-ess

                              Debtor.
----------------------------------------------------------------x
LORI LAPIN JONES, solely in her capacity as                    Adv. Proc. No.: 24-1016-ess
Chapter 7 Trustee for the Estate of Dmitriy Posh
f/k/a Dmitriy Poshtaruk,

                              Plaintiff,

    -against-

SERGEY POSHTARUK,

                              Defendant.
---------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF SUFFOLK    )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 8th day of February, 2024 deponent served the **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEDDING and COMPLAINT,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of York by First Class Mail to:

See attached list

                                                                         s/Everlyn Meade-Bramble
                                                                         Everlyn Meade-Bramble

Sworn to before me this
8th day of February, 2024

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

**Via First Class Mail:**

Sergey Poshtaruk
2140 Hendrickson Street
Brooklyn NY 11123-5041

Jacob Silver
26 Court Street Suite 1201
Brooklyn NY 11242-1112

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green Room 510
New York NY 10004-1415