UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                                    Chapter 7

DMITRIY POSH                                                                Case No. 23-40666-ess
f/k/a Dmitriy Poshtaruk,

                                        Debtor

------------------------------------------------------------- X
**LORI LAPIN JONES**, solely in her capacity as
Chapter 7 Trustee for the Estate of Dmitriy Posh
f/k/a Dmitriy Poshtaruk,
        represented by
*Law Offices of Avrum J. Rosen, PLLC*
*Attorneys for Lori Lapin Jones, as Chapter 7 Trustee*
*for the Estate of Dmitriy Posh f/k/a Dmitriy Poshtaruk*
*38 New Street*
*Huntington, New York 11743*
*(631) 423-8527*
*Avrum J. Rosen*
*Deborah L. Dobbin*

                                        Plaintiff,

    -   Against –

SERGEY POSHTARUK,                                            Adv. Proc. No.: 24-01016-ess

                            Defendant.                              **ANSWER**
------------------------------------------------------------- X

## ANSWER

Defendant answers Plaintiff's Complaint as follows:

1. On March 4, 2024, is first time I was made aware of an action against me. I lack time, factual knowledge, and unable to retain professional legal help to answer your allegations in full. I believe this in an unfair treatment and should be taking into the account while reviewing my answers.

2. My son, Defendant in the "Bankruptcy Claim" filed on February 27 2023, Dmitriy Posh f/k/a Dmitriy Poshtaruk, downloaded documents from PACER and he discovered that "Complaint" against me was sent to the wrong address. When discovered, he made his attorney Jacob Silver aware of wrong address.

3. As stated in two places, first on "Complaint" page 3 and second on "Affidavit of Service" - my address is not 2140 Hendrickson St Brooklyn NY *11123* but as per USPS, my correct address is 2140 Hendrickson St Brooklyn NY **11234**.

4. Plaintiff should have received the "returned" mail "Complaint" via USPS, alleging the service was made on Feb 8th (a month ago), and if he had re-send it, I might have enough time to prepare the answer.

5. Additionally, the "Service list" consists of incorrect address for "Office of the United States Trustee Eastern District of NY (Brooklyn), as per "Affidavit of Service" the "Complaint" was sent to the "Southern District of NY" located at One Bowling Green Room 510 New York NY 10004-1415.

6. The correct address for the "Office of the United States Trustee Eastern District of NY (Brooklyn)" is "United States Bankruptcy Court 271-C Cadman Plaza East, Suit 1595 Brooklyn NY 11201-1800". It is possible that The Court and Clerk are not aware of the "Claim" filed.

7. Again, this is the first time I am made aware, via informal discovery, about adversary proceedings. I deny the knowledge, lack enough information, or have any factual details of Dmitriy Posh's Bankruptcy case (pending since February 27 2023) and his Divorce case

550417/2020 (ongoing for 4 years). I am not privileged to such information to answer your allegations which is the obvious disadvantage in my defense.

8. Since I was not served correctly by the Plaintiff's attorney, the Court is not informed, there is not enough time to answer your complaint in full within a day left to file.

### ANSWER TO ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

#### A. The Bankruptcy Filing

9. Lack enough time and information to respond to Plaintiff's allegations.
10. Lack enough time and information to respond to Plaintiff's allegations.

#### B. The Co-Op

11. Lack enough time and information to respond to Plaintiff's allegations.

#### C. Matrimonial Proceedings

12. Lack enough time and information to respond to Plaintiff's allegations.
13. Lack enough time and information to respond to Plaintiff's allegations.

#### D. The Transfer

14. Lack enough time and information to respond to Plaintiff's allegations.
15. Lack enough time and information to respond to Plaintiff's allegations.
16. Lack enough time and information to respond to Plaintiff's allegations.
17. Lack enough time and information to respond to Plaintiff's allegations.
18. Lack enough time and information to respond to Plaintiff's allegations.
19. Lack enough time and information to respond to Plaintiff's allegations.
20. Lack enough time and information to respond to Plaintiff's allegations.
21. Lack enough time and information to respond to Plaintiff's allegations.
22. Lack enough time and information to respond to Plaintiff's allegations.
23. Lack enough time and information to respond to Plaintiff's allegations.

#### E. Insolvency of the Debtor

24. Lack enough time and information to respond to Plaintiff's allegations.
25. Lack enough time and information to respond to Plaintiff's allegations.

## FIRST CLAIM FOR RELIEF
### (Fraudulent Transfers)
### (Bankruptcy Code §§ 548 (a)(1)(A) and 550)

26. Lack enough time and information to respond to Plaintiff's allegations.

27. Lack enough time and information to respond to Plaintiff's allegations.

28. Lack enough time and information to respond to Plaintiff's allegations.

29. Lack enough time and information to respond to Plaintiff's allegations.

30. Lack enough time and information to respond to Plaintiff's allegations.

31. Lack enough time and information to respond to Plaintiff's allegations.

32. Lack enough time and information to respond to Plaintiff's allegations.

## SECOND CLAIM FOR RELIEF
### (Fraudulent Transfers)
### (Bankruptcy Code §§ 548 (a)(1)(A) and 550)

33. Lack enough time and information to respond to Plaintiff's allegations.

34. Lack enough time and information to respond to Plaintiff's allegations.

35. Lack enough time and information to respond to Plaintiff's allegations.

36. Lack enough time and information to respond to Plaintiff's allegations.

37. Lack enough time and information to respond to Plaintiff's allegations.

38. Lack enough time and information to respond to Plaintiff's allegations.

39. Lack enough time and information to respond to Plaintiff's allegations.

40. Lack enough time and information to respond to Plaintiff's allegations.

## THIRD CLAIM FOR RELIEF
### (Fraudulent Transfers)
### (Bankruptcy Code §§ 548 (a)(1)(A) and 550)

41. Lack enough time and information to respond to Plaintiff's allegations.

42. Lack enough time and information to respond to Plaintiff's allegations.

43. Lack enough time and information to respond to Plaintiff's allegations.

44. Lack enough time and information to respond to Plaintiff's allegations.

## RESERVATION OF RIGHTS

45. I reserve the right to assert additional objections, including objections to jurisdiction, venue, review the evidence against me, sufficiency of service, failure to state facts upon relief can be granted, and failure to join a party after filing my answer.

## PRAYER FOR RELIEF

**WHEREFORE,** Defendant denies that Plaintiff's is entitled to any of the relief requested in the paragraphs A, B, C, D, E and its subparts, summarized in First, Second and Third Claims for Relief.

a) Based on the information and belief, the Bankruptcy case against Dmitriy Posh is pending for a year. Plaintiff's allegations of "Fraudulent Transfer" has yet to be substantiated.

b) "Summons and Complaint" has been served incorrectly to me and court, denying me an opportunity to answer, prolonging the resolution of this matter by requiring me to seek legal aid and putting me further in debt. The Plaintiff is well-aware that there is no money to defend myself against these allegations as I am a sole provider for my family.

c) The Divorce and Bankruptcy cases are against Dmitriy Posh, coincides with Plaintiff's Claim against me. Unfortunately, information to claims for marital assets, marital property, financial documentations, time-line, documents that are in possession with Plaintiff Daria Badillo and would require me to initiate formal subpoenas for discovery to answer your allegations.

Defendant respectfully requests that the Court dismiss the Complaint in its entirety and enter judgement in its favor and against Plaintiff or that this Court deems just and proper.

Dated: 03/06/2024

Sergey Poshtaruk

*S. Poshtaruk*

Defendant

2140 Hendrickson St
Brooklyn NY **11234**